

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | No. 08-21-00104-CV |
| IN RE | § | Appeal from the |
| THE ESTATE OF JOSE CASARES | § | Probate Court Number 1 |
| Deceased. | § | of El Paso County, Texas |
| | § | (TC# 2010-P00681) |

## MEMORANDUM OPINION

Appellant George L. Mortensen has filed a motion to voluntarily dismiss this appeal. The Court grants Appellant's motion and hereby dismisses this appeal. *See* TEX.R.APP.P. 42.1.

JEFF ALLEY, Justice

August 30, 2021

Before Rodriguez, C.J., Palafox, and Alley, JJ.
Rodriguez, C.J., not participating